IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | NO. 07 C 1139 |
| MILLENNIUM CONSTRUCTION DEVELOP- ) | |
| MENT, LLC, a limited liability company, a/k/a ) | JUDGE DAVID H. COAR |
| MILLENNIUM CONSTRUCTION, LLC, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENTRY OF DEFAULT, JUDGMENT
AND FOR AN ORDER DIRECTING DEFENDANT TO TURN
OVER MONTHLY FRINGE BENEFIT CONTRIBUTION REPORTS**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, MILLENNIUM CONSTRUCTION DEVELOPMENT, LLC, a limited liability company, a/k/a MILLENNIUM CONSTRUCTION, LLC., in the total amount of $35,263.63, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $953.75.

Further, Plaintiffs move for entry of an order directing MILLENNIUM CONSTRUCTION DEVELOPMENT, LLC, a limited liability company, a/k/a MILLENNIUM CONSTRUCTION, LLC., Defendant herein, to turn over monthly fringe benefit contribution reports due for the months of February 2007 through the present date, pursuant to the Agreements and Declarations of Trust to which Defendant is bound, said Defendant having failed to answer or otherwise plead to the Complaint and the monthly contribution reports being required in order to fully liquidate Plaintiffs' claims.

On April 3, 2007, the Summons and Complaint was served on Manager Raymond Matesevac, by tendering a copy of said documents to him at his place of business (a copy of the Summons and Affidavit of Service-Corporate is attached hereto). Therefore, Defendant's answer was due on April 23, 2007. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

        /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Millennium Construction\motion.cms.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 26th day of April 2007:

                Mr. Raymond Matesevac, Manager
                Millennium Construction Development, LLC
                1536 Muirfield Drive
                Dyer, IN   46311


                                              /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Millennium Construction\motion.cms.df.wpd